IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-0713 |
| FOUR J'S COMMUNITY LIVING CENTER, INC., *et al.*, | § § § | |
| Defendants. | § | |

## **MEMORANDUM AND ORDER**

This insurance coverage dispute is before the Court on the Motion to Dismiss or Strike the Complaints and Answers in Intervention ("Motion") [Doc. # 46]. Intervenor Wylette Taylor, as Guardian of Derrick James, filed no opposition to the Motion. Intervenor Patti Wagner, as Guardian of Jenny Wagner, filed a Notice of Order Issued in Related Litigation [Doc. # 44], a Response to the Motion [Doc. # 48], and a Notice of Order Issued in Related Litigation [Doc. # 49]. Wagner advises the Court that the final judgment on which leave to intervene was based has now been vacated by the state court, a new trial has been ordered, and Intervenor's Motion for Reconsideration filed in state court has been denied. Wagner concedes that there no longer exists a final judgment on which to base the intervention. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Dismiss or Strike [Doc. # 46] is **GRANTED** and the Interventions are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN**.

SIGNED at Houston, Texas, this 9th day of **May, 2012**.

_____
Nancy F. Atlas
United States District Judge